BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CV-01330-GEB-AC |
| Plaintiff, | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM OCTOBER 14, 2013, TO DECEMBER 16, 2013; PROPOSED ORDER |
| v. | |
| APPROXIMATELY $13,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States submits the following Request to Extend the Deadline to File a Joint Status Report from October 14, 2013 to December 16, 2013.

### Introduction

On July 2, 2013, the United States filed a civil forfeiture complaint against above-captioned currency ("defendant currency"), based on its involvement in federal drug law violations. All known potential claimants to the defendant currency were served in a manner consistent with *Dusenbery v. United States,* 534 U.S. 161, 168 (2002) and the applicable statutory authority. Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on July 9, 2013 and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty

or Maritime Claims and Asset Forfeiture Actions.

**Good Cause**

There is good cause to extend the deadline to file a joint status report in this case from October 14, 2013 to December 16, 2013.

To date, the United States has diligently pursued its forfeiture case against the defendant currency and noticed all known potential claimants as required by the Supplemental Rules governing forfeiture cases. No party has filed a claim or answer in this case.

Potential claimant Freddie Garibay Suarez ("Suarez"), who filed a claim in the administrative forfeiture proceeding, was provided notice of this case by personal service at 3612 20th Avenue, Sacramento, California on July 17, 2013, and was served by certified mail through his attorney Scott Hughes on July 5, 2013. The United States is in settlement negotiations with Suarez and expects to file settlement documents within the 60-day extension period.

There is good cause to extend the deadline to file a joint status report in this case from October 14, 2013 to December 16, 2013, or to a date the Court deems appropriate.

Dated: 10/01/13
BENJAMIN B. WAGNER
United States Attorney
 /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

ORDER

The pretrial scheduling conference, currently set for October 28, 2013, is rescheduled for January 21, 2014, at 9:00 a.m. A joint status report shall be filed fourteen days prior to the hearing.

Dated: October 1, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

2

United States' Request to Continue Time to
File Joint Status Report; Proposed Order