BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $13,000.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 2:13-CV-01330-GEB-AC<br><br>UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JANUARY 7, 2014 TO MARCH 7, 2014; PROPOSED ORDER |

　　　The United States submits the following Request to Extend the Deadline to File a Joint Status Report from January 7, 2014 to March 7, 2014.

### Introduction

　　　On July 2, 2013, the United States filed a civil forfeiture complaint against above-captioned currency ("defendant currency"), based on its involvement in federal drug law violations.  All known potential claimants to the defendant currency were served in a manner consistent with *Dusenbery v. United States,* 534 U.S. 161, 168 (2002) and the applicable statutory authority.  Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on July 9, 2013 and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty

1

or Maritime Claims and Asset Forfeiture Actions.

## **Good Cause**

There is good cause to extend the deadline to file a joint status report in this case from January 7, 2014 to March 7, 2014.

To date, the United States has diligently pursued its forfeiture case against the defendant currency and noticed all known potential claimants as required by the Supplemental Rules governing forfeiture cases. No party has filed a claim or answer in this case.

Potential claimant Freddie Garibay Suarez ("Suarez"), who filed a claim in the administrative forfeiture proceeding, was provided notice of this case by personal service at 3612 20th Avenue, Sacramento, California on July 17, 2013, and was served by certified mail through his attorney Scott Hughes on July 5, 2013. The United States requested a Clerk's Default on December 30, 2013 and the Clerk's Certificate of Entry of Default was entered against Freddie Garibay Suarez, Maria Garibay and Anna Gonzalez on January 2, 2014. The United States expects to file a Motion for Default Judgment and Final Judgment of Forfeiture shortly and respectfully requests an additional 60-day extension period.

There is good cause to extend the deadline to file a joint status report in this case from January 7, 2014 to March 7, 2014, or to a date the Court deems appropriate.

Dated:   1/06/14          BENJAMIN B. WAGNER
                          United States Attorney

                           /s/ Jeffrey A. Spivak
                          JEFFREY A. SPIVAK
                          Assistant U.S. Attorney

///

///

///

///

///

ORDER

The Court finds that there is good cause to extend the deadline to file a joint status report in this case from January 7, 2014 to March 7, 2014.  The pretrial scheduling conference, currently set for January 21, 2014, is rescheduled for March 17, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  January 6, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge